

Elena Fast, Esq.
Tel (212) 729-9494
elena@fastlawpc.com

521 Fifth Avenue, 17 Floor
New York, NY 10175

October 17, 2025

**Via ECF**

Honorable Mary Kay Vyskocil
U.S.  District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:    **United States v. Valencia De La Rosa 25 Cr. 76 (MKV)**
       Request for Assignment of Associate Counsel

Dear Judge Vyskocil:

I represent Valencia De La Rosa in the above captioned matter pursuant to CJA appointment. I am respectfully writing to request the assignment of associate CJA counsel, Caitlyn Collins, Esq. at the hourly rate of $100.

The discovery production is exceptionally voluminous. Ms. Collins' appointment would have the benefit of both timely review of the discovery on Mr. De La Rosa' case as well as the conservation of CJA funds and resources by virtue of Ms. Collins' reduced billing rate.

Ms. Collins has worked with me on several federal criminal matters. She is a member in good standing of the New York bar and is admitted to practice before this Court.

Thank you for your time and consideration in this matter. I am happy to provide more information upon the Court's request.

Respectfully Submitted,

s/ Elena Fast
Elena Fast, Esq.
Counsel for Valencia De La Rosa