

**FAST LAW**

521 Fifth Avenue, 17 Floor
New York, NY 10175

Elena Fast, Esq.
Tel (212) 729-9494
elena@fastlawpc.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __1/13/2026__
```

January 12, 2026

**Via ECF**

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

> Re:     **U.S. v. Gonzales-Valdez et al.** 25 CR 76 (MKV)
>         Request for Associate Counsel to Appear at January 15, 2026 Conference

Dear Judge Vyskocil:

I represent Mr. Jose David Valencia-De La Rosa in the above-referenced matter. I am writing ahead of the conference scheduled for January 15, 2026 to request that associate counsel, Caitlyn Collins, Esq., be permitted to appear on behalf of Mr. Valencia-De La Rosa.

I am currently engaged on trial on PSNY v. Jermaine Williams, Ind. 71336-21/001 in Kings County Supreme Court - Criminal Term and cannot attend the conference.

Ms. Collins is closely involved with the matter and is fully familiar with the facts of the case. Mr. Valencia-De La Rosa is aware that I am engaged on trial and consented to Ms. Collins appearing as his counsel if it pleases the Court.

Thank you for your time and consideration of this request.

Respectfully submitted,

s/ Elena Fast
Elena Fast, Esq.

*Counsel for Jose David Valencia-De La Rosa*

**Granted. SO ORDERED.**

Date:  Jan. 13, 2026
New York, New York

Mary Kay Vyskocil
Mary Kay Vyskocil
United States District Judge