
## FAST LAW

521 Fifth Avenue, 17 Floor
New York, NY 10175

Elena Fast, Esq.
Tel (212) 729-9494
elena@fastlawpc.com

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: __5/18/2026__

May 6, 2026

**Via ECF**
Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:**   **United States v. Jose David Valencia-De La Rosa, 25 CR 00076 (MKV)**
Request to File Interim Vouchers

Dear Judge Vyskocil:

We represent Mr. Valencia-De La Rosa on the above captioned matter. We write to respectfully request permission to file interim vouchers in this matter in accordance with the CJA Policy for the Southern District of New York.

We have been representing Mr. Valencia-De La Rosa since May 21, 2025. This case has involved extensive and ongoing work, including but not limited to review of voluminous discovery and client meetings.

Given the scope and anticipated duration of the representation, the submission of interim vouchers is necessary to avoid undue financial hardship and to ensure the continued effective representation of Mr. Valencia-De La Rosa.

Thank you for your time and consideration of this request.

Respectfully Submitted,

s/ Elena Fast            /s/Caitlyn Collins
Elena Fast, Esq.         Caitlyn Collins, Esq.

Counsel for Jose David Valencia-De La Rosa

---

**Granted. SO ORDERED.**

Date: __5/18/2026__
New York, New York

Mary Kay Vyskocil
United States District Judge